# N THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ARMANDO ALBO #06295-032**                                             **PETITIONER**

**v.**                            **CIVIL ACTION NO. 5:14-CV-114-KS-MTP**

**DEPARTMENT OF HOMELAND**
**SECURITY – IMMIGRATION AND**
**CUSTOMS ENFORCEMENT and BARBRA**
**WAGNER**                                     **RESPONDENTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation [20] of the United States Magistrate Judge entered herein on December 21, 2016, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation [20], and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [20] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [20] be, and the same hereby is, adopted as the finding of this Court. The Petition for Writ of Habeas [1] is **denied** and **dismissed with prejudice**.

SO ORDERED AND ADJUDGED this the 30th day of November, 2017.

                                                   *s/Keith Starrett*
                                                   UNITED STATES DISTRICT JUDGE